STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5653 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None <br> Time: None <br> Courtroom: 6 <br> Judge: Hon. Stephen V. Wilson <br> Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

/s/ Stephen V. Wilson
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions consolidated for purposes of coordinated pretrial proceedings;

WHEREAS, the parties have reached a global settlement of all twenty-two actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-two actions with prejudice;

NOW, THEREFORE, the parties, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE that this MDL and the following member actions are hereby dismissed with prejudice:

(1) *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW (RCx) (Chicago Region);

(2) *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-SVW (RCx) (New York/New Jersey Region);

(3) *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-SVW (RCx) (Boston Region);

(4) *Margaret A Thompson v. Clear Channel Communications Inc et al.*, 2:05-cv-06704-SVW-VBK (Los Angeles Region);

(5) *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-04987-SVW-VBK (Denver Region).

(6) *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-SVW (RCx) (South Florida Region);

(7) *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-2382-SVW (RCx) (Philadelphia Region);

(8) *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-SVW (RCx) (Northern California Region);

(9) *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-SVW (RCx) (Michigan Region);

1        (10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

      (11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

      (12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

      (13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

      (14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

      (15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

      (16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

      (17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

      (18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

      (19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

      (20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

      (21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

      (22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jennifer F. Connolly |
| | | Jennifer F. Connolly |
| | | 1629 K St. NW, Suite 300 |
| 5 | | Washington, D.C. 20006 |
| | | Tel.: (202) 355-6435 |
| 6 | | Fax: (202) 355-6455 |
| | | E-mail: JenniferC@hbsslaw.com |
| 7 | | |
| 8 | | Elaine T. Byszewski |
| | | Lee M. Gordon |
| 9 | | HAGENS BERMA SOBOL SHAPIRO LLP |
| | | 700 South Flower Street, Suite 2940 |
| 10 | | Los Angeles, CA 90017 |
| | | Tel.: (213) 330-7150 |
| 11 | | Fax: (213) 330-7150 |
| | | E-mail: Lee@hbsslaw.com |
| 12 | | Elaine@hbsslaw.com |
| 13 | | Steve W. Berman |
| | | George Sampson |
| 14 | | Tyler Weaver |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | | 1918 Eighth Ave., Suite 3300 |
| | | Seattle, WA 98101 |
| 16 | | Tel.: (206) 623-7292 |
| | | Fax.: (206) 623-0594 |
| 17 | | Email: steve@hbsslaw.com |
| | | george@hbsslaw.com |
| 18 | | tyler@hbsslaw.com |
| 19 | | Kenneth A. Wexler |
| | | Mark R. Miller |
| 20 | | WEXLER WALLACE LLP |
| | | 55 W. Monroe, Suite 3300 |
| 21 | | Chicago, IL 60603 |
| | | Tel.: (312) 346-2222 |
| 22 | | Fax: (312) 346-0022 |
| | | E-mail: kaw@wexlerwallace.com |
| 23 | | mrm@wexlerwallace.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

<div style="columns: line-numbers">

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

</div>

Lee Squitieri  
Olga A. Pettigrew  
SQUITIERI & FEARON LLP  
32 East 57th Street, 12th Floor  
New York, NY 10022  
Tel.: (212) 421-6492  
Fax: (212) 421-6553  
E-mail: lee@sfclasslaw.com  

*Co-Lead Counsel and Executive Committee Members*

Jeffrey Kodroff  
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.  
1818 Market Street, Suite 2500  
Philadelphia, PA 19103  
Tel.: (215) 496 0300  
Fax: (215) 496 6611  
E-mail: jkodroff@srkw-law.com  

Nicholas Chimicles  
Kimberly Donaldson  
CHIMICLES & TIKELLIS LLP  
361 W. Lancaster Avenue  
Haverford, PA 19401  
Tel.: (610) 642-8500  
Fax: (610) 649-3633  
E-mail: nick@chimicles.com  
         kimdonaldson@chimicles.com  

Lance Harke  
HARKE & CLASBY  
9699 NE Second Avenue  
Miami, FL 33138  
Tel.: (305) 536-8220  
Fax: (305) 536-8229  
E-mail: lharke@harkeclasby.com  

Hollis Salzman  
LABATON SUCHAROW  
140 Broadway  
New York, NY 10005  
Tel.:(212) 907-0700  
Fax:(212) 818-0477  
E-mail: hsalzman@labaton.com  

*Executive Committee Members*

| | | |
|---|---|---|
| Dated: May 22, 2012 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone: (310) 586-3200

***Attorneys for Defendants***